UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN BAL.,<br><br>Plaintiff,<br><br>-against-<br><br>ALYSSA B. O'GALLAGHER, individually; PETER M. ARONOFF, individually; BENJAMIN H. TORRANCE, individually.,<br><br>Defendant. | 25 CIVIL 06590 (GBD)<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the, August 19, 2026, Order, judgment is entered dismissing this action for the reasons set forth in the order. This Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 21, 2026
New York, New York

/s/ George B. Daniels
GEORGE B. DANIELS
United States District Judge